APPEAL No. 75-307. LYNNE DAVIS HARRISON *v.* HENRY V. DAVIS, *Trustee u/w of Frederick Davis, Jr.* This matter came on to be heard on a show cause order issued by this court on October 25, 1978.

No cause having been shown by the parties, the appeal in

the above-entitled matter is dismissed. *Paul G. MacLean*, for plaintiff. *Aram K. Berberian*, for defendant.